PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DECKER CONSTRUCTION COMPANY, | ) | |
| | ) | CASE NO.  4:18MC125 |
| Judgment Creditor, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| WESEX CORPORATION, | ) | |
| | ) | |
| Judgment Debtor. | ) | **ORDER OF REFERENCE** |

The Court hereby refers the pending Praecipe for Issuance of Writ of Execution (ECF No. 2) to the Honorable Kathleen B. Burke, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 and Local Rules 72.1 and 72.2(a) for general processing of the Writ of Execution and setting of a hearing, if necessary.

IT IS SO ORDERED.

| | |
|---|---|
| December 21, 2018 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |