**SECTION B. ANSWER OF GARNISHEE**

Now comes _____, the garnishee, who says:

1. That the garnishee has more than $400 in money, property, or credits, other than personal earnings, of the judgment debtor under the garnishee's control and in the garnishee's possession.

   ____ yes   _X_ no   $ _-_ if yes, amount over $400

   **FILED**
   **JAN 24 2019**
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF OHIO
   AKRON

2. That property is described as: _____

3. If the answer to line 1 is "yes" and the amount is less than the probable amount now due on the judgment, as indicated in section (A) of this form, sign and return this form and pay the amount of line 1 to the clerk of this court.

4. If the answer to line 1 is "yes" and the amount is greater than that probable amount now due on the judgment, as indicated in section (A) of this form, sign and return this form and pay that probable amount now due to the clerk of this court.

5. If the answer to line 1 is "yes" but the money, property, or credits are of such a nature that they cannot be delivered to the clerk of the court, indicate that by placing an "X" in this space: ____. Do not dispose of that money, property, or credits or give them to anyone else until further order of the court.

6. If the answer to line 1 is "no," sign and return this form to the clerk of this court.

I certify that the statements above are true.   *Cortland Bank*
(Print Name of Garnishee)

*G. Hollender, Supervisor*
(Print Name and Title of Person Who Completed Form)

Signed *[signature]* Dated this 4TH day of January 2019.
(Signature of Person Completing Form)

** In 2018, Garnishee accelerated a debt owed to it by defendant, Wesex Corporation, and Garnishee has exercised its right to setoff the funds Wesex deposited with it. As a result, there are no funds available to Wesex and therefore to Garnishor.